# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
Gerard N. Marti,

Debtor
_____/

Bankruptcy Case No. 17-55891-tjt
Honorable Thomas J. Tucker
Chapter 7

## ORDEREXTENDING OBJECTION TO DISCHARGE BAR DATE AND 11 U.S.C. § 707(b) BAR DATE

The Debtor, Gerard N. Marti, and the Chapter 7 Trustee, Michael A. Stevenson, by and through their counsel, having stipulated and agreed:

**NOW THEREFORE IT IS HEREBY ORDERED:**

1. The deadline to file a complaint objecting to Discharge or to Determine the Dischargeability of Certain Debts is extended to May 31, 2018 as to Trustee Michael A. Stevenson and the United States Trustee.

2. The deadline to file motion under 11 U.S.C. § 707(b) is extended to May 31, 2018.

**Signed on March 23, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge